**Honorable James L. Robart**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DENISE BAKER and JASON BAKER, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a foreign company,<br><br>Defendant. | No.: 2:23-cv-01935-JLR<br><br>**JOINT STATEMENT RELATING TO USE OF STIPULATED PROTECTIVE ORDER** |

Pursuant to the Honorable Court's May 23, 2024 Minute Order (Dkt. 16), Plaintiffs Denise Baker and Jason Baker ("Plaintiffs") and Defendant American Bankers Insurance Company of Florida ("ABIC") hereby file their Joint Statement informing the Court whether they are using the model order and providing the redlined version of the protective order.

Plaintiffs and ABIC have agreed to utilize the Western Washington District Court Model Protective Order with modifications identifying the nature of the material that may be deemed confidential pursuant to the Protective Order, and the parties to whom confidential material may be disclosed. A redline version of the model protective order is attached hereto as Exhibit "1".

///

JOINT STATEMENT RELATING TO USE OF
STIPULATED PROTECTIVE ORDER
Cause No. 2:23-cv-01935-JLR
Page | 1

Freeman Mathis and Gary, LLC
3020 Issaquah-Pine Lake Rd. SE #263
Sammamish, WA 98075
470-579-6380

1  Dated: May 30, 2024          **FREEMAN MATHIS & GARY, LLP**

2

3                                                    *s.Galina Kletser Jakobson*
                                                     Galina Kletser Jakobson, WSBA #49501
                                                     *Attorneys for Defendant American Bankers*
4                                                    *Insurance Company of Florida*

5  Dated: May 30, 2024          **ROBERT D. BOHM, PLLC**

6                                                    *s/Robert D. Bohm via email approval*
                                                     Robert D. Bohm, WSBA #42703
7                                                    *Attorneys for Plaintiffs*

8  Dated: May 30, 2024          **BASTION LAW, PLLC**

9

10                                                   *s/Jesse Froehling via email approval*
                                                     Jesse Froehling, WSBA #47881
                                                     *Attorneys for Plaintiffs*

**JOINT STATEMENT RELATING TO USE OF**
**STIPULATED PROTECTIVE ORDER**
**Cause No. 2:23-cv-01935-JLR**
Page | 2

Freeman Mathis and Gary, LLC
3020 Issaquah-Pine Lake Rd. SE #263
Sammamish, WA 98075
470-579-6380

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

DATED this 30th of May, 2024.

_____
Honorable James L. Robart
United States District Court Judge

JOINT STATEMENT RELATING TO USE OF
STIPULATED PROTECTIVE ORDER
Cause No. 2:23-cv-01935-JLR
Page | 3

Freeman Mathis and Gary, LLC
3020 Issaquah-Pine Lake Rd. SE #263
Sammamish, WA 98075
470-579-6380